Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (308) 870-7804
tkashima@milberg.com

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSEMARIE RAMIREZ** and **CHRISTOPHER BATES**, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>**BEYOND MEAT, INC.**, a Delaware Corporation,<br><br>Defendants. | Case No.: 2:22-cv-04404<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED R. CIV. PRO. 41(a)(1)(A)(i)** |

**TO THE CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** Plaintiffs Rosemarie Ramirez and Christopher Bates, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice the dismissal of their Class Action Complaint against Defendant Beyond Meat, Inc., without prejudice as to Plaintiffs' individual claims or the putative class members' claims.

Dismissal is proper under Rule 41(a)(1)(A)(i), as Defendant has not served its answer or a motion for summary judgment in this action. Indeed, Plaintiffs have not yet served their complaint; therefore, Defendant has not occurred any cost in this case. Additionally, Defendant has not paid Plaintiffs any compensation to secure this dismissal.

A class has not been certified in this action; thus, this voluntary dismissal does not implicate the requirements of Rule 23(e). FED. R. CIV. P. 23(e) ("The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval."); Committee Notes on Rule 23 – 2003 Amendment ("The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise.").

Therefore, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs may notice dismissal of this case, without leave of the Court.

Dated: July 22, 2022

Respectfully submitted,

*/s/ Trenton R. Kashima*
Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760
San Diego, CA 92101

Tel: (308) 870-7804
Email: tkashima@milberg.com

*Attorneys for Plaintiffs and the Class*

NOTICE OF DISMISSAL

3